**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**EVER BANEGAS MELENDEZ**                    **CIVIL ACTION NO. 26-1216**

                                             **SECTION P**

**VS.**

                                             **JUDGE TERRY A. DOUGHTY**

**TODD BLANCHET, ET AL.**                    **MAG. JUDGE KAYLA D.**
                                             **MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the letter thereto filed with this Court [Doc. No. 9], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Ever Banegas Melendez's claim under *Zadvydas* [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's due process claim is **DENIED**.

MONROE, LOUISIANA, this 29th day of June, 2026.

 

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE